## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO:    2:15-bk-57323 |
|     Myron Gibson | : | |
|     Janean N. Gibson | : | JUDGE Charles M. Caldwell |
| | : | |
| SSANS:    xxx-xx-7318 | : | CHAPTER    13 |
|             xxx-xx-9449 | : | |
|                         Debtors | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that, effective immediately, Debtors' new address is:

Street:            **6053 Paris Blvd. N**
City, State, Zip:  **Westerville, OH  43081**


**Respectfully submitted,**

**/s/ Thomas C. Lonn**
Thomas C. Lonn (0059788)
Attorney for the Debtors
tclonnesq@rrohio.com
833 Eastwind Drive
Westville, OH 43081
(614) 895-1234
(614) 865-3377 fax

### CERTIFICATE OF SERVICE

      The undersigned certifies that a true copy of the **Notice of Change of Address** was served electronically upon the U.S. Trustee, 170 N. High Street, Columbus, Ohio 43215 and the Trustee Faye D. English, and upon all other interested parties listed below by regular first class US Mail, this July 13, 2017.

/s/ Thomas C. Lonn
Thomas C. Lonn


Myron and Janean Gibson, 6053 Paris Blvd. N, Westerville, OH  43081
Ch